IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-50940
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 26, 2005**

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

        v.

ANTONIO MARTINEZ-JIMENEZ

                    Defendant - Appellant

                    ---------------------
            Appeal from the United States District Court
                for the Western District of Texas
                          (04-CR-310)
                    ---------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellee's unopposed motion to vacate the

sentence is granted.

    IT IS FURTHER ORDERED that Appellee's unopposed motion

to remand case to the US District Court for the Western District

of Texas, El Paso Division for resentencing is granted.

_____

    *Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is denied as moot.